JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-11537-RGK-SK | Date | January 15, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. HPTLA Properties Trust, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sharon Williams (not present) | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **IN CHAMBERS — ORDER DISMISSING PLAINTIFF'S COMPLAINT**

The Complaint filed in this action asserts a claim for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12010-12213, and a claim for damages pursuant to California's Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code §§ 51-53. On January 6, 2021, this Court issued an Order to Show Cause directing Plaintiff to submit declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if Plaintiff or Plaintiff's counsel satisfies the definition of a "high-frequency litigant" as provided by California Civil Procedure Code sections 425.55(b)(1) & (2). Plaintiff's response to the Court's Order, filed on January 13, 2021, includes no such declarations, nor does it in any way address the issue of whether Plaintiff or Plaintiff's counsel is a high-frequency litigant. The Court therefore **DISMISSES** Plaintiff's Complaint for failure to comply with its Order.

**IT IS SO ORDERED**.